# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MELVIN MITCHELL,        :   No. 372 WAL 2017

            Petitioner      :

                                  :   Petition for Allowance of Appeal from

                                  :   the Order of the Commonwealth Court

           v.                    :

                                  :

DEPARTMENT OF CORRECTIONS OF   :

THE COMMONWEALTH OF             :

PENNSYLVANIA,                  :

                                  :

            Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.